> The requested extension is granted.
>
> SO ORDERED.
>
> *Loretta A. Preska*
> 7/5/2022

Honorable Loretta Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                    Re: United States V. Reza Olangian
                          Nos. 12CR798 & 21CV8166

Dear Judge Preska,

I am writing to you to request an <u>extension of the deadline for the submission of a supplement my motion filed under Title 28 U.S.C. 2255 by 90 days</u>.

Your honor, you have been gracious to assign an attorney, Mr. Miedel, to assist me with the preparation of my section 2255 motion. However, Mr. Miedel, after few months, decided not to file any further memorandum in support of my motion. In his April 25, 2022 letter to the court, Mr. Miedel stated that, after his reviewing of the trial transcript and related legal materials, he would not file a memorandum of law in support of my section 2255 motion and asked the court to be relieved. For the record, knowing the severity of the legal case against me, I never wished to pursue the preparation and submission of 2255 motion or further filings in support of it in a pro se manner. Stunned but not demoralized by Mr. Miedel's decision to relieve himself, being hard at work to search for an attorney for assistance is the proof.

Your honor, despite the difficulties I am facing at FCI-1 Victorville (i.e. sporadic lockdowns, delay in my emails and mail, compounded by being in "COVID CODE RED" state and other impediments as mentioned in my previous letters) which have adverse effects in any meaningful progress in my legal case, I have been running a crowd sourcing effort to raise funds to provide for the expenses associated with retaining an attorney all the while searching and

Page -2-
      Reza Olangian
      Letter Motion

communicating with the prospects. And my efforts have been fruitful, I have succeeded to raise almost enough fund to retain an attorney. Meanwhile my search to retain an attorney is nearing as I am very close in retaining a qualified attorney to assist me with the brief.

Your honor, in the interest of justice, I once again ask your support in granting me an extension of the deadline to submit the supplement in support of section 2255 motion by 90 days.

Respectfully Submitted,

/s/ *Reza M. Olangian*

Reza M. Olangian
BOP#91980-054
FCI Victorville Medium I
13777 AIR EXPRESSWAY BLVD
VICTORVILLE, CA 92394


Cc: AUSA Madison Reddick Smyser